IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CANDACE EWELL,<br><br>                 Plaintiff,<br><br>v.<br><br>LAW OFFICES OF KIRK A. CULLIMORE,<br><br>                 Defendant. | **MEMORANDUM DECISION and ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:11-cv-405-DN-PMW<br><br>District Judge David Nuffer<br>Magistrate Judge Paul M. Warner |

This case was referred to Magistrate Judge Paul M. Warner under

28 U.S.C. § 636(b)(1)(B).[1]  On March 12, 2013, Judge Warner issued a Report &

Recommendation (R&R)[2] recommending that this court GRANT Defendant's motion to

dismiss.[3]

The parties were notified of their right to file objections to the R&R within 14 days.[4]

Although no formal objections to the R&R were filed or received by the court, Plaintiff Candace

Ewell sent a letter to the court asking for the case to be continued while she tries to find counsel

to represent her in this case.[5]  Ms. Ewell filed her complaint in May 2011[6] and has not had

counsel representing her since June 2011.[7]  When Ms. Ewell appeared *pro* se at the Initial

Pretrial Conference in October 2011, she told the court she was trying to find counsel to

---

[1] Order Referring Case, docket no. 26, filed March 29, 2012.

[2] Docket no. 34, filed March 12, 2013.

[3] *Id.* at 4.

[4] *Id.*

[5] Docket no. 35, lodged March 26, 2013.

[6] Complaint, docket no. 1, filed May 4, 2011.

[7] *See* Order Granting Motion to Withdraw, docket no. 10, filed June 16, 2011.

represent her in this matter.[8]  Ms. Ewell has had well over a year to retain counsel, but has failed to do so.  The court cannot justify a further continuance on that basis.

The court has conducted a *de novo* review of the issues presented and agrees with Judge Warner's analysis, conclusions and recommendations.  Accordingly, the R&R is adopted as the order of this court.

ORDER

IT IS HEREBY ORDERED that the R&R[9] is ADOPTED as the order of the court and Defendant's Motion to Dismiss is GRANTED.[10]  The clerk is directed to close this case.

Signed March 30, 2013.

BY THE COURT

District Judge David Nuffer

---

[8] Minute Entry, docket no. 18, filed October 12, 2011

[9] Docket no. 34.

[10] Docket no. 28.